FILED
2008 Mar-17  AM 11:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| REGINALD A. OWENS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 2:07-cv-01740-SLB-HGD |
| ) | |
| WARDEN KENNETH JONES, ) | |
| et al., ) | |
| ) | |
| Defendants ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on February 8, 2008, recommending that this action be dismissed as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1). The plaintiff filed objections to the report and recommendation on February 13, 2008, and requested appointment of counsel. (Doc. #8).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is

due to be dismissed as frivolous pursuant to 28 U.S.C. § 1915A(b)(1).  A Final Judgment will be entered.

    DATED this 17th day of March, 2008.

                                               *Sharon Lovelace Blackburn*
                                               SHARON LOVELACE BLACKBURN
                                               CHIEF UNITED STATES DISTRICT JUDGE